```
JESSE A CIFUENTES
1810 TAYLOR AVE
PASCAGOULA, MS 39567


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236


CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850


CONNEXUS CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 8026
WAUSAU, WI 54402


FTL FINANCE
ATTN: BANKRUPTCY
820 S MAIN ST, STE 300
ST CHARLES, MO 63301


PETER AND LINDA HOWE
9008 POLLOCK FERRY RD
MOSS POINT, MS 39562


SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896
```