Certificate Number: 12433-MSS-DE-040218368

Bankruptcy Case Number: 25-51500



12433-MSS-DE-040218368

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 20, 2025, at 3:27 o'clock PM CDT, Jesse Abraham Cifuentes completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  October 20, 2025              By:   /s/Lisa Susoev

                                     Name:  Lisa Susoev

                                     Title:  Teacher