IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Jesse A Cifuentes, Debtor                             Case No. 25-51500-KMS
                                                                                            **CHAPTER 13**

**MOTION TO REFINANCE *NUNC PRO TUNC***

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to Refinance *Nunc Pro Tunc*, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 10/07/2025.

2. Debtor is paying approximately 100% to General Unsecured Debts through the plan.

3. Debtor purchased 20 acres of land at 008 Pollock Ferry Road, Moss Point, Jackson County, Mississippi 39562 from Peter and Luda Howe ("Creditor") on or about April 17, 2023, and entered into a mortgage agreement with the Creditor.

4. The original terms of the loan were:
    a. Purchase Price: $85,000.00
    b. Down Payment: $10,000.00
    c. Interest Rate: 0%
    d. Term: 75 months
    e. Monthly Payment: $1,000.00

5. Debtor and Creditor have reached an agreement to refinance the terms of their contract on the purchase of the land. In exchange for the reduced terms, the debtors will release 10 acres of land back to the creditors.

6. The modified terms of the loan will be:
    a. Purchase Price: $42,500 ($40,000 was paid under the 20-acre contract, balance remaining: $2,500)
    b. Interest Rate: 0%
    c. Term: 5 months
    d. Monthly Payment: $500.00

7. Debtor respectfully request that this Honorable Court approve the refinance *nunc pro tunc* to reduce the acreage to 10 acres of land, a copy of the legal description is attached herein as Exhibit A.

8. The refinance will not negatively impact any of the debtor's other creditors. This refinance will further improve the finances of the debtor.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

        Respectfully submitted

        /s/ Thomas C. Rollins, Jr.
        Thomas C. Rollins, Jr. (MS Bar No. 103469)
        The Rollins Law Firm, PLLC
        P.O. Box 13767
        Jackson, MS 39236
        601-500-5533

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system. I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

        /s/ Thomas C. Rollins, Jr.
        Thomas C. Rollins, Jr.