File No: 23-487

PREPARED BY / RETURN TO:
Island Winds Title Co, LLC
Michael L. Fondren P.C.
MS State Bar No: 8941
906 Convent Avenue
Pascagoula, MS 39567
228-762-5110

INDEX AS:   35-6-5

[Space Above This Line for Recording Data]

# MODIFICATION OF DEED OF TRUST

THIS MODIFICATION OF DEED OF TRUST ("Security Instrument") dated **October102025**, is made and executed between **JESSE A. CIFUENTES and KEILA M. CIFUENTES, as husband and wife,** whose address is 1810 Taylor Avenue, Pascagoula, MS 39567, telephone number: (773) 577-0604 (Borrower) and **Peter Howe and Linda Howe, husband and wife, as joint tenants with rights of survivorship their heirs and assigns, as Beneficiaries**, whose address is 008 Pollock Ferry Road, Moss Point, MS 39562, telephone number: (228) 217-1864 (Secured Party/Lender).

DEED OF TRUST:   Lender and Grantor have entered into a Deed of Trust dated **April 17, 2023** (the "Deed of Trust") which has been recorded in Jackson County, State of Mississippi, as follows:

**RECORDED** April 18, 2023, in the Office of the Chancery Clerk of Jackson County, Mississippi, in Deed of Trust Book 3984 at Pages 750, Land Deed Records of Jackson County, Mississippi.

**REAL PROPERTY DESCRIPTION:**   The Deed of Trust covers the following described real property located in Jackson County, State of Mississippi:

That certain tract, piece or parcel of land situated in Jackson County, Mississippi, and being more particularly described as follows, to-wit:

SEE ATTACHED EXHIBIT "A"

MODIFICATION:   Lender and Grantor hereby modify the Deed of Trust as follows:

**REDUCTION IN LOAN AMOUNT AND THE DESCRIPTION OF REAL PROPERTY SECURED BY SAID DEED OF TRUST AND PROMISSORY NOTE**

**CONTINUING VALIDITY:**   Except as expressly modified above, the terms of the original Deed of Trust shall remain unchanged and in full force and effect.  Consent by Lender to this Modification does not waive Lender's right to require strict performance of the Deed of Trust as changed above nor obligate Lender to make any future modifications. Nothing in this Modification shall constitute a satisfaction of the promissory note or other credit agreement secured by the Deed of Trust (the "Note").  It is the intention of the Lender to retain as liable all parties to the Deed of Trust and all parties, makers and endorsers to the Note, including accommodation parties, unless a party is expressly released by Lender in writing. Any maker or endorser, including accommodation makers, shall not be released by virtue of this Modification. If any person who signed the original Deed of Trust does not sign this Modification, then all persons signing below acknowledge that this Modification is given conditionally, based on the representation to Lender that the non-signing person consents to the changes and provisions of this Modification or otherwise will not be released by it.  This waiver applies not only to any initial extension or modification, but also to all such subsequent actions.

GRANTOR ACKNOWLEDGES HAVING READ ALL THE PROVISIONS OF THIS MODIFICATION OF DEED OF TRUST AND GRANTOR AGREES TO ITS TERMS.  THIS MODIFICATION OF DEED OF TRUST IS DATED **OCTOBER 10, 2025.**

**GRANTOR:**

_____
JESSE A. CIFUENTES

_____
KEILA M. CIFUENTES

**SECURED PARTY / LENDER:**

_____
PETER HOWE

_____
LINDA HOWE

## ACKNOWLEDGMENT

STATE OF MISSISSIPPI
COUNTY OF JACKSON

   PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the county and state, on this 10TH day of **October, 2025**, within my jurisdiction, the within named **Jesse A. Cifuentes and wife, Keila M. Cifuentes**, who acknowledged before me that **they** executed the above and foregoing instrument.

                                                                NOTARY PUBLIC

My Commission Expires:
08/21/2026

## ACKNOWLEDGMENT

STATE OF MISSISSIPPI

COUNTY OF JACKSON

   PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the county and state, on this 10TH day of **October, 2025**, within my jurisdiction, the within named **Peter Howe and wife, Linda Howe**, who acknowledged before me that **they** executed the above and foregoing instrument.

                                                                NOTARY PUBLIC

My Commission Expires:
08/21/2026

File # 23-487

## EXHIBIT "A"

A parcel of land situated in the Southeast Quarter of Section 35, Township 6 South, Range 5 West, Jackson County, Mississippi and being more particularly described by bearings based on true North as follows:

BEGINNING at a creosote post at the Southeast corner of the Southwest Quarter of the Southeast Quarter of Section 35, said township and range; thence run South 89 degrees 56 minutes 25 seconds West 566.06 feet; thence run North 00 degrees 21 minutes 01 seconds East 209.01 feet; thence run South 89 degrees 56 minutes 25 seconds West 417.43 feet; thence run North 00 degrees 21 minutes 01 seconds East 242.43 feet to a half inch diameter iron pin; thence run South 89 degrees 56 minutes 25 seconds West 244.38 feet to a PK nail in the centerline of Pollock Ferry Road; thence run along the centerline of said road North 24 degrees 11 minutes 04 seconds East 76.94 feet to a PK nail; thence n along said centerline of said road North 33 degrees 11 minutes 26 seconds East 242.45 feet; thence run North 89 degrees 56 minutes 25 seconds East 596.29 feet; thence run North 00 degrees 21 minutes 01 seconds East 426.63 feet; thence run North 89 degrees 56 minutes 25 seconds East 468.99 feet to a half (1/2) inch diameter iron pin; thence run South 00 degrees 21 minutes 01 seconds West 1150.98 feet back to the POINT OF BEGINNING. Containing 20.00 acres, more or less.

**LESS AND EXCEPT:**
A parcel of land situated in the Southeast Quarter of Section 35, Township 6 South, Range 5 West, Jackson County, Mississippi, and being more particularly described by bearing based on true North as follows:

COMMENCING at a creosote post and half (1/2) inch iron pin at the Southeast Corner of the Southwest Quarter of the Southeast Quarter of Section 35, Township 6 South, Range 5 West, Jackson County, Mississippi, thence North 00 degrees 21 minutes 01 seconds East 575.49 feet to the POINT OF BEGINNING; thence West 1080 feet, more or less, to the centerline of Pollock Ferry Road, a public right-of-way; thence run Northeasterly along the centerline of Pollock Ferry Road 203 feet, more or less, to the Southwest Corner of the property now or formerly owned by Dustin and Micah Stone as described in Deed Book 2114, Page 80 of the Land Deed Records of Jackson County, Mississippi; thence North 89 degrees 56 minutes 25 seconds East 596.29 feet; thence North 00 degrees 21 minutes 01 seconds East 426.63 feet; thence North 89 degrees 56 minutes 25 seconds East 468.99 feet to a found half (1/2) inch iron pin; thence South 00 degrees 21 minutes 01 seconds West 575.49 feet to the POINT OF BEGINNING. Said parcel being 10 acres, more or less.