## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:         Jesse A Cifuentes, Debtor                    Case No. 25-51500-KMS
                                                            CHAPTER 13

### ORDER AUTHORIZING DEBTOR TO REFINANCE *NUNC PRO TUNC*

THIS CAUSE having come on this date on the Debtor's Motion to Refinance *Nunc Pro Tunc* (DK #___), the Court, having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Refinance *Nunc Pro Tunc* is hereby approved. Debtor is authorized to refinance their mortgage with Peter and Linda Howe on the purchase of land at 008 Pollock Ferry Road, Moss Point, Jackson County, Mississippi 39562.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR