**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  Jesse A Cifuentes, Debtor                              Case No. 25-51500-KMS
                                                                                        **CHAPTER 13**

## NOTICE

    Debtor has filed papers with the court to Refinance *Nunc Pro Tunc*.
    **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)
    If you do not want the Court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:
    File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

    If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
    You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Refinance *Nunc Pro Tunc*.

Date: November 3, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                                    Thomas C. Rollins, Jr. (MSBN 103469)
                                                    The Rollins Law Firm, PLLC
                                                    P.O Box 13767
                                                    Jackson, MS 39236
                                                    601-500-5533
                                                    trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Jesse A Cifuentes, Debtor                    Case No. 25-51500-KMS
                                                         **CHAPTER 13**

**MOTION TO REFINANCE *NUNC PRO TUNC***

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to Refinance *Nunc Pro Tunc*, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 10/07/2025.

2. Debtor is paying approximately 100% to General Unsecured Debts through the plan.

3. Debtor purchased 20 acres of land at 008 Pollock Ferry Road, Moss Point, Jackson County, Mississippi 39562 from Peter and Luda Howe ("Creditor") on or about April 17, 2023, and entered into a mortgage agreement with the Creditor.

4. The original terms of the loan were:
    a. Purchase Price:  $85,000.00
    b. Down Payment:  $10,000.00
    c. Interest Rate:  0%
    d. Term:  75 months
    e. Monthly Payment:  $1,000.00

5. Debtor and Creditor have reached an agreement to refinance the terms of their contract on the purchase of the land. In exchange for the reduced terms, the debtors will release 10 acres of land back to the creditors.

6. The modified terms of the loan will be:
    a. Purchase Price:  $42,500 ($40,000 was paid under the 20-acre contract, balance remaining: $2,500)
    b. Interest Rate:  0%
    c. Term:  5 months
    d. Monthly Payment:  $500.00

7. Debtor respectfully request that this Honorable Court approve the refinance *nunc pro tunc* to reduce the acreage to 10 acres of land, a copy of the legal description is attached herein as Exhibit A.

8. The refinance will not negatively impact any of the debtor's other creditors. This refinance will further improve the finances of the debtor.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

                Respectfully submitted

                /s/ Thomas C. Rollins, Jr.
                Thomas C. Rollins, Jr. (MS Bar No. 103469)
                The Rollins Law Firm, PLLC
                P.O. Box 13767
                Jackson, MS 39236
                601-500-5533

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system. I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

                /s/ Thomas C. Rollins, Jr.
                Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JESSE A CIFUENTES

CASE NO: 25-51500-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

---

On 11/3/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Refinance

Exhibit A Land Description

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/3/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 25-51500-KMS |
| JESSE A CIFUENTES | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 11/3/2025, a copy of the following documents, described below,

Notice and Motion to Refinance

Exhibit A Land Description

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/3/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | ~~EXCLUDE~~ | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-51500-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>MON NOV 3 11-4-26 PST 2025 | ~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL JR US COURTHOUSE~~<br>~~2012 15TH STREET SUITE 244~~<br>~~GULFPORT MS 39501-2036~~ | CHASE CARD SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 15299<br>WILMINGTON DE 19850-5299 |
| CONNEXUS CREDIT UNION<br>ATTN BANKRUPTCY<br>PO BOX 8026<br>WAUSAU WI 54402-8026 | FTL FINANCE<br>ATTN BANKRUPTCY<br>820 S MAIN ST STE 300<br>ST CHARLES MO 63301-3306 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO NATIONAL BANKRUPTCY SERVICES LLC<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 |
| | | ~~EXCLUDE~~ |
| PETER AND LINDA HOWE<br>9008 POLLOCK FERRY RD<br>MOSS POINT MS 39562-7360 | SYNCHRONY BANK<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | ~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ |
| DEBTOR | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
| JESSE A CIFUENTES<br>1810 TAYLOR AVE<br>PASCAGOULA MS 39567-5700 | ~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ | ~~(P)WARREN A CUNTZ T1 JR~~<br>~~PO BOX 3749~~<br>~~GULFPORT MS 39505-3749~~ |